UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

STEPHEN J. BOLIN,
    Plaintiff,

v.

OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE,
    Defendant.

Case No. 3:24-cv-00553-ART-CSD

**ORDER GRANTING**

STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff STEPHEN J. BOLIN (pro se) and Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, by and through their respective undersigned counsel, that the above-entitled action shall be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    The dismissal shall be WITH PREJUDICE.

    Each party shall bear its own costs, fees, and expenses.

Dated: January 17, 2025
/s/ Stephen J. Bolin
Stephen J. Bolin
Pro Se Plantiff

Respectfully submitted,
JASON M. FRIERSON
United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

_____
Anne R. Traum, U.S. District Judge

DATED: January 23, 2025